Form defdso13

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division
### 327 South Church Street
### Rockford, IL 61101

---

In Re:

Brian Joseph Alshanski
4703 W Shore Drive
McHenry, IL 60050
SSN: xxx–xx–0741 EIN: N.A.

Case No. : 15–81581
Chapter : 13
Judge : Thomas M. Lynch

Jennifer Anne Alshanski
4703 W Shore Drive
McHenry, IL 60050
SSN: xxx–xx–8927 EIN: N.A.
fka Jennifer Anne Redmond

---

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
## OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: March 31, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-81581-TML
Brian Joseph Alshanski                                                    Chapter 13
Jennifer Anne Alshanski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3         User: kcollopyn            Page 1 of 1              Date Rcvd: Mar 31, 2020
                             Form ID: defdso13          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db/jdb        +Brian Joseph Alshanski,   Jennifer Anne Alshanski,   4703 W Shore Drive,
               McHenry, IL 60050-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              Joseph S Davidson    on behalf of Debtor 1 Brian Joseph Alshanski jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Joseph S Davidson    on behalf of Debtor 2 Jennifer Anne Alshanski jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Lydia  Meyer    ecf@lsm13trustee.com
              Lydia  Meyer    on behalf of Trustee Lydia  Meyer ecf@lsm13trustee.com
              Michael N Burke    on behalf of Creditor    Nationstar Mortgage LLC
               bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    Nationstar Mortgage LLC ND-Four@il.cslegal.com
              Richard B Aronow    on behalf of Creditor    NATIONSTAR MORTGAGE LLC raronow@logs.com,
               BK_IL_Notice@fisherandshapirolaw.com
              Richard B Aronow    on behalf of Creditor    Nationstar Mortgage LLC raronow@logs.com,
               BK_IL_Notice@fisherandshapirolaw.com
                                                                                               TOTAL: 9